ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G.A. Naranjo            )
  Plaintiff             )
               )
               )    District No.  05 - 106 Erie
      -v-        )
               )
James Sherman, Warden   )
  Defendant             )
_____ /

PLAINTIFF'S RESPONSE TO

" <u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u> "

_____

NOW COMES,  Plaintiff G.A. Naranjo and captoned above (who is
  currently in custody at F.C.I. McKean, Bradford - Pennsylvania)
  affirmatively and respectfully states the following:

  <u>NOTE</u> - hereinafter Plaintiff Naranjo shall be known as " **PN** ".

I.    JURISDICTION

    Compliance(s) for this 'response' is believed satisfied by
  28 U.S.C. § 636 (b)(1)(B) and (C), and Rule 72.1.4(B) Local
  Rules For Magistrates,  Local Rules of the U.S. District Court
  For The Western District - Pennsylvania, among maybe others.

II.   PERSONALS

    PN is not an attorney nor has any substantive experience,
  education, training, etc., in Federal Law, Court - practice(s)
  and procedure(s).  PN is not an author or literary critic
  familiar with the Federal Court system, or any deemed related.
  PN has made prior disclosure of his indigent status and further
  has prior made other like related to this  Honorable Court.
  PN has also made notice he is acting "Pro Se" . . .

-cont-

III.  BRIEF CASE OVERVIEW

    PN came to McKean about May 2004 to serve sentence with
an expected half-way house release date of about November-
December 2005.  PN has been on direct appeal to the  U.S.
Court of Appeals For The Sixth Circuit, Cincinatti-Ohio;
PN has extolled in this Honorable Court his past granted
indigency status, among others, from said . . . Sixth Circuit.

    PN in Erie - U.S. District Court prior filing(s) stated:
his past stellar McKean work performance(s), etc.;  compound
reputation; his contrition and understanding including his
willing compliance(s) for safety, etc., while in federal
custody.  But, about February 02nd - 2005  all this changed
as PN was unexpectedly confined to administrative detention
in S.H.U. for an alleged rule infraction having NO basis.
PN remained cooperative, obedient, respectful all the while
proclaiming innocense.

    PN affirms  writing memo's (including 'COPOUTS) and McKean
communications detailing innocence, asking for:  'discovery';
law library access;  telephone access, and access to stamps, etc.;
medical attention, etc./etc.,;  asking for Appeals Court, etc.,
access and access to his law materials (among many others).
Said requests and access  **was denied without reason(s)** or any
provocation;  PN never incurred any warning(s) of S.H.U., other,
detention behavior violation(s) or similar.  PN was told by
S.H.U. Lieutenant "you were very good . . . " (among others).
PN was also to receive back NO response reply(s) from anyone
to his writing(s) and oral communication(s) made from S.H.U..
Interesting was said Lieutenant **granted** PN law library access
but PN never received any bona fide, actual, access.  PN was
finally released from S.H.U. about April 12th under threat of
filed suit from this Honorable Court;  PN also lost personal
effects.

-cont-

PN affirms his entire S.H.U. detention incident, from
February 02nd to April 12 - 2005  was unnecessary, avoidable,
preventable, negligence.   F.C.I. McKean failed to exercise
a reasonable standard of humanity, care, discretion, etc./etc.,
in its custody responsibilities.

IV.    PN's ANSWER TO MAGISTRATE'S RECOMMENDATION

This litigant respectfully counters and cries out for
"his day in court", for justice and fairness, for his chance,
and prays that this Honorable District Court will reverse,
vacate, etc., it's  July 22nd - 2005 dated  ". . .  Report
and Recommendation" (which denied PN further proceedings
'. . . In Forma Pauperis').

V.    PN's ANSWER TO MAGISTRATE'S REPORT

PN affirms making 4 writings to McKean administration and
counseling from most recently late May - 2005 to, including, the
recent date of July 20th - 2005, requesting inmate monies
accounting(s) but <u>nothing was ever received</u>.  This was NOT
this litigant's error, mistake, nor neglect.  Said McKean (Warden)
**refused** PN's requests. . .  and basically refused this Court.

VI.    PN'S ANSWER TO MAGISTRATE'S CONCLUSION

1]  PN needs this  Honorable District Court's compassion,
understanding, sympathy and respect for what PN has gone
through and trying to do, and "from where PN is trying to
do it."

2]  PN extolls that he has earnestly, diligently, responsibly,
tried obtaining (**in its entirety**) the complete accounting
for this litigant as requested and understood needed by the Court.
PN never wanted to be, nor wants to be, **penalized** by the Court.
PN affirms the  defendant has an interest to avoid this PN!

(3)

Naranjo  v  Sherman

-cont-

3]  **However,**  this humble and creative PN shall NOT be
disrespected by the defendant in a believed display of de-
fiance.   Further, this  Honorable District Court  should
be apprised that PN  **received**  the said July 22nd dated
Court ". . . Judge's Report And Recommendation" in said
certified envelope **dated** July 25th, on the date of July 29th
from a  McKean administrative staffer.

This PN has been struggling to use one of seven (1 of 7)
typewriters in operable condition in the law library at
McKean so he would make compliance (10 days) in the required
time (Court Rules).   Said typewriters are the only instruments
for inmate Court access and use to be shared among over 1200
(twelve hundred) potential users.  Some inmates have lodged
formal and ongoing complaint(s) . . .

4]  PN offers, see enclosed, what he believes would be and is
a creative solution,  his own private "**inmate accounting monies
receipt(s).**"  Attached are this litigant and plaintiff's
account receipts, which number _6_  ,  and cover dates from
July 13-2004 to February 2, 200 5 .   This Honorable
Court can now determine with it's own viewing and make its
own finding(s) based on McKean's "only other record(s)" it keeps.

VII. DECLARATION

This humble litigant, petitioner, and PN says and affirms,
based on his information and belief, and writing(s) to the
F.C.I. McKean, etc., that all depictions and information
contained, offered, are/is correct, accurate, true.

(4)

Naranjo  v  Sherman

-cont-

VIII.  RELIEF (RESPECTFULLY) REQUESTED

**Wherefore**, this Plaintiff Naranjo (PN) prays for and desires
help as follows in the **granting** of the following in whole
or in part:

a)  Reinstatement of his complaint, and vacate and recind,
recall the "Magistrate's . . . Recommendation"
dated on July 22nd - 2005; accept data offered.

b)  Allow for the Plaintiff's 'Petition For Injuctive
Relief', upon notice of the Court to Plaintiff,
so he may compel Defendant  (McKean)  to offer
records IF THE COURT DEEMS NOW NECESSARY !

c)  Any other just and fair and equitable relief as the
Honorable District Court deems fit and proper,
necessary. . . .

d)  Court communication(s) back to Plaintiff with
instruction(s), etc..

dated  August 09, 2005          G. A. Naranjo
                                ──────────────────
                                G. A.  Naranjo, Plaintiff

                                # 30045 039
                                F.C.I. McKean; P.O.Box 8000
                                Bradford, PA  16701

cc:  Northeast Region Office
        Office of Counsel
        2nd and Chestnut Street(s)
        Philadelphia, PA  19106

mailing date - first class  August 09, 2005
                            ────────────────────

(5)

Sales Invoice  ---L.O.U.---
McKean FCI
MAIN
Account No. 30045039        MCK0403
NARANJO, GREGORY ALANO
07/13/2004 05:30:42 PM TX#527694        120

07-13-04

BEGINNING BALANCES:
Available Balance is $63.97
Spending Limit Balance is $206.95
Account Balance is $63.97

| Qty | Description | Price |
|---|---|---|
| 1 | REEBOK RUNNER | $52.00 |
| 1 | ROASTED PEANUTS | $3.20 |
| 1 | SOAP DISH | $0.65 |
| 1 | AIM 6.4 OZ TOOTHP | $2.05 |
| 1 | IRISH SPRING | $0.80 |
| 1 | COUNTRY TIME | $1.80 |
| 1 | INST. TEA W/ LEMO | $1.70 |
| 1 | HERITAGE DETERGEN | $1.30 |
| 1 | BANANNAS | $0.25 |

Total        $63.75

Charge 30045039        $63.75

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.22
Spending Limit Balance is $143.20
Account Balance is $0.22
*****************************************

---

Sales Invoice  ---L.O.U.---
McKean FCI
MAIN
Account No. 30045039        MCK4848
NARANJO, GREGORY ALANO
08/10/2004 05:27:47 PM TX#547028        110

08-10-2004

Attachment
1 of 2

BEGINNING BALANCES:
Available Balance is $20.07
Spending Limit Balance is $212.85
Account Balance is $20.07

| Qty | Description | Price |
|---|---|---|
| 1 | HAIR BRUSH | ($1.25) |

Total        ($1.25)

Charge 30045039        ($1.25)

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $21.32
Spending Limit Balance is $214.10
Account Balance is $21.32

---

Sales Invoice  ---L.O.U.---
McKean FCI
MAIN
Account No. 30045039        MCK3874
NARANJO, GREGORY ALANO
10/27/2004 07:03:37 AM TX#602633        46

10/27/04

BEGINNING BALANCES:
Available Balance is $102.23
Spending Limit Balance is $238.80
Account Balance is $154.23

| Qty | Description | Price |
|---|---|---|
| 1 | Debit Card | $4.00 |
| 1 | CHOC/CHIP GRANOLA | $1.70 |
| 1 | VISTA CHOC CHIP | $1.00 |
| 1 | COFFEE | $2.45 |
| 1 | CREAMER | $1.00 |
| 4 | POPCORN NATURAL | $2.00 |
| 1 | HERITAGE DETERGEN | $1.30 |
| 1 | INST. TEA W/ LEMO | $1.70 |
| 1 | FLOUR TORTILLAS | $0.80 |
| 1 | BBQ CORN CHIPS | $1.70 |
| 3 | GRAPEFRUIT | $2.70 |
| 1 | GARLIC | $0.30 |
| 3 | BANANNAS | $0.75 |

Total        $22.20

Charge 30045039        $22.20

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $80.03
Spending Limit Balance is $216.60
Account Balance is $132.03

---

Sales Invoice  ---L.O.U.---
McKean FCI
MAIN
Account No. 30045039        MCK4848
NARANJO, GREGORY ALANO
12/22/2004 06:45:39 AM TX#664114        25

12-22-04

BEGINNING BALANCES:
Available Balance is $66.72
Spending Limit Balance is $340.00
Account Balance is $66.72

| Qty | Description | Price |
|---|---|---|
| 2 | Debit Card | $2.00 |
| 1 | INST. TEA W/ LEMO | $1.70 |
| 1 | CHOC/CHIP GRANOLA | $1.70 |
| 1 | CHOC/CHIP GRANOLA | $1.70 |
| 1 | POUND CAKE | $1.50 |
| 1 | POUND CAKE | $1.50 |
| 1 | FABRIC SOFTENER | $1.90 |
| 1 | TEK FIRM TOOTHBRU | $0.55 |
| 1 | IRISH SPRING | $0.80 |
| 2 | SMOKED OYSTERS | $4.20 |
| 2 | SMOKED BABY CLAMS | $4.20 |
| 2 | CRABMEAT POUCH | $3.30 |
| 2 | SMOKED MUSSELS | $3.20 |
| 6 | POPCORN NATURAL | $3.00 |
| 3 | MIXED NUTS BG | $9.00 |
| 2 | FLOUR TORTILLAS | $1.60 |
| 2 | WHOLE KERNEL CORN | $2.00 |

Total        $43.85

Charge 30045039        $43.85

Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $22.87
Spending Limit Balance is $296.15
Account Balance is $22.87
*****************************************

McKean FCI  01·12·05
MAIN
Account No. 30045039    MCK6PA8
NARANJO, GREGORY ALANO
01/12/2005 06:33:01 AM TX#660713    24
_____
BEGINNING BALANCES:
Available Balance is $91.68
Spending Limit Balance is $225.60
Account Balance is $91.68
_____

| Qty | Description | Price |
|-----|-------------|-------|
| 1 | AAA-BATTERY | $2.20 |
| 1 | RAISINS | $1.75 |
| 1 | CHOC/CHIP GRANOLA | $1.70 |
| 1 | SMOKED BABY CLOMS | $2.10 |
| 1 | 1% CORN NATURAL | $1.50 |
| 1 | INST. TEA W/ LEMO | $1.70 |
| 1 | INST. TEA W/ LEMO | $1.70 |
| 1 | CHOCOLATE CHIP CO | $1.80 |
| 1 | BBQ CORN CHIPS | $1.70 |
| 1 | ENVELOPES 10X15 | $0.15 |
| 1 | ENVELOPES 10X15 | $0.15 |
| 1 | GRAPEFRUIT | $3.15 |
| 1 | ONIONS | $0.75 |

Total        $20.35

Charge 30045039        $20.35
_____
Items marked with * are Local Use Only

20.35

ENDING BALANCES:
Available Balance is $61.33
Spending Limit Balance is $205.25
Account Balance is $61.33

61.33

Attachment  2 of 2

---

Sales Invoice ──L.O.U.──
McKean FCI
MAIN
Account No. 30045039    MCK4848
NARANJO, GREGORY ALANO
02/02/2005 08:26:08 AM TX#67X385    11
_____
BEGINNING BALANCES:      02/02/05
Available Balance is $76.73
Spending Limit Balance is $245.40
Account Balance is $76.73
_____

| Qty | Description | Price |
|-----|-------------|-------|
| 1 | MAYONAISE KNIFE | $2.55 |
| 1 | RAISINS | $1.75 |
| 1 | RAISINS | $1.75 |
| 1 | PINK SALMON | $1.20 |
| 1 | TUNA FISH | $1.20 |
| 1 | COUNTRY TIME | $1.80 |
| 1 | COUNTRY TIME | $1.80 |
| 1 | POPCORN NATURAL | $2.00 |
| 1 | FLOUR TORTILLAS | $0.80 |
| 1 | 1W RIBBONS | $3.80 |
| 1 | 1W RIBBONS | $3.80 |
| 3 | GRAPEFRUIT | $2.85 |
| 1 | GARLIC | $0.30 |
| 3 | Debit Card | $3.00 |

Total        $28.60

Charge 30045039        $28.60
_____
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $48.13        28.60
Spending Limit Balance is $216.40
Account Balance is $48.13    BAL 40·13

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G. A. NARANJO                    *
    Plaintiff                *
                    *     District No.  05 - 106 Erie
                    *      (Civil)
        –v–          *
                    *
JAMES SHERMAN, Warden           *
    Defendant                *     **PLAINTIFF S  AFFIDAVIT  IN**
_____/     **Support of  "IN FORMA PAUPERIS"**

**NOW COMES**  Plaintiff G.A.Naranjo, and after being duly sworn on
  oath, states and says, deposes as follows:

1) He is the Plaintiff, Pro Se, in the above entitled action,
    cause;  and he is in federal custody at F.C.I. McKean,
    Bradford – Pennsylvania.

2) He has respectfully tried in vain to obtain his accounting
    statement(s) from said McKean to NO avail.  Statement(s)
    requested and denied were from April-May 2004 to May 2005.

3) Copy(s) enclosed evidencing monies balance(s) were provided  ·
    by this affiant, Plaintiff, and are inmate account receipt
    ledger(s), record(s), showing **balance(s)**, among others,
    of inmate's accounts or more particularly of this affiant.

4) Plaintiff affirms because of a malicious, negligent detention
    in February-2005, many of his own accounting records were
    destroyed, lost, mutilated, damaged beyond use, etc..

5) Said Plaintiff ledger(s), record(s), etc., were remitted back
    to him upon account use, for example commissary.  Ledger(s)
    are from July 13,    200 4 to February 2, 200 5 , respectively.

Plaintiff declares on his oath and affirmation all statements
  above are correct, true, etc., on belief and information and
  under perjury penalty(s).

dated August 09, 2005        G. A. Naranjo
                                _____
                                  G.A. Naranjo, Plaintiff (Pro Se)
                                  #30045 039
                                  F.C.I. McKean, P.O.Box 8000
                                  Bradford, PA  16701

August  O9  , 2005

United States District Court –
  Western District of Pennsylvania
  17 South Park Row – Rm A 280
  Erie, PA    16501

                          Re:  Naranjo  v   Sherman, Warden
                               District No.  Civ. A
                               05 – 106

Attention Clerk of the Court:

        Hope your summer is doing good and going well.   Please find enclosed
for filing:


        " Plaintiff's Response To
              Magistrate's Judge's Report and Recommendation"


including   1   original(s) and   2   copy(s).  Also inclosed please find
my single copy to be **time stamped and returned via:   enclosed, stamped,
envelope.**

        Certificate of Service,   1   original and   1   copy(s) are
included, as well as my copy to also  **be returned.**



                     Thank you,

                          G.A.N.

                     G.A. Naranjo
                     Plaintiff                         thanks...

                     # 30045 039
                     F.C.I. McKean; P.O.Box 8000
                     Bradford, Pennsylvania   16701

g.a.n./gan
fle: erie-05/08-__civ489

▷ <u>Also</u> enclosed, please find <u>1</u> orignal and <u>2</u> copy(s) of

         "Plantiff's Affidavit in Support of "In Forma Pauperis",

and also <u>my copy</u> to be **stamped and returned !**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G. A. NARANJO                    *

    Plaintiff                *

                         *

            -v-         *    District No.  05 - 106 Erie
                         *    (civil)

JAMES SHERMAN, WARDEN            *

    Defendant                *

_____/

## CERTIFICATE OF SERVICE

_____

**The below undersigned,** Plaintiff and captioned above states
the below pleading identified,  was also served on the
below identified - first class mailing, with proper postage
affixed, and mailing with proper addressing at legal
mails drop box - F.C.I. McKean, Bradford - Pennsylvania;

      "Plaintiff's Response To
         MAGISTRATE'S JUDGE'S REPORT AND RECOMMENDATION"
    & PLAINTIFF'S AFFIDAVIT In Support of In Forma Pauperis
(to)

      Northeast Region - Office of Counsel
        2nd and Chestnut Streets
        Philadelphia, PA  19106    (Defendant)

dated August 09, 2005          G. A. Naranjo
                     G.A.  Naranjo
                       Plaintiff
                     # 30045 039
                     F.C.I. McKean; P.O.Box 8000
                     Bradford, PA  16701

ORIGINAL