IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G.A. NARANJO )
    Plaintiff )
)  District No.  05 - 106 Erie
)  (Civil)
)
JAMES SHERMAN, WARDEN )
    Defendant )
_____/

PLAINTIFF'S - MOTION TO SUPPLEMENT
PLAINTIFF'S RESPONSE TO
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

NOW COMES the Plaintiff, in Pro Se, and currently in federal custody at F.C.I. McKean, Bradford - Pennsylvania, who states and affirms the following:

1. Plaintiff captioned above recently filed his "Plaintiff's Response To Magistrate Judge's Report And Recommendation" about August 09th - 2005.  Compliances for that filing, jurisdiction, was noted in pleadings;  jurisdiction for this 'Motion . . . Supplement . . . ' comes believably from Federal Rules of Civil Procedure, and Local Rules.

2. Plaintiff filed his own **'accounting monies receipts'**, records, ledgers, sales slips, etc., as attachments with said filing, "Plaintiff's . . . Magistrate Judge's . . . Recommendation'.  This filing answer / response evidenced that F.C.I. McKean had failed providing prior requested Plaintiff accounting monies records to be used by this Honorable Court.  Said accounting(s), records, etc., has believably been used for In Forma Pauperis determinates, guides, etc..  Plaintiff in turn, and of own volition and creativity, attached his own ledgers as proofs of his monies account interval balance(s).

Naranjo v Sherman
-cont-

3. Plaintiff omitted making declaration in past filed said "Plaintiff's . . .Magistrate Judge's . . . Recommendation" answer/response what actual account balance(s) are/were revealed in his 6 (six) ledger records attached and submitted.   Please see below:

   (1) July 13 - 2004        balance      $ 0.22
   (2) August 10 - 2004                    21.32
   (3) October 27 - 2004                  132.03 *
   (4) December 22 - 2004                  22.87
   (5) January 12 - 2005                   61.33
   (6) February 02 - 2005                  40.13

   * unusual balance amount for period.

4) Plaintiff declares the above balances were taken directly from the ledger/receipt(s), records, offered to this Honorable Court.  Other substantive receipts that could have been offered were destroyed, mutilated, damaged **or lost** by the B.O.P. (Bureau of Prisons) McKean.

**RELIEF REQUESTED**  - wherefore this respectful Plaintiff  asks:

   a) Case reinstatement; recall - recind - null, etc., said Magistrate Judge's . . . Recommendation, dated July 22 - 2005.
   b) Allow - Injunctive Relief, if necessary, as the Court may deem necessary.
   c) Allow for any other just and fair, equitable relief, etc., as appropriate and or necessary.
   d) Allow for Court communication(s) back to Plaintiff with instructions how to proceed to resolution.

date August 12, 2005         G.A. NARANJO
                             _____
                             G.A. Naranjo, Plaintiff
                             # 30045 039
                             F.C.I. McKean; P.O.Box 8000
                             Bradford, PA   16701

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G.A. Naranjo )
    Plaintiff )
)
          -v- ) District No. 05 - 106 Erie
)
JAMES SHERMAN, WARDEN )
    Defendant )

**CERTIFICATE OF SERVICE**

I, the undersigned, state and affirm the below filing

   'Plaintiff's Motion To Supplement
      Plaintiff's Response To
         Magistrate Judge's Report And Recommendation'

was served by first class mail(s), with proper postage affixed, and proper addressing, and was mailed at the McKean - F.C.I. legal mails drop box to the below party(s) on the date also below.

    James Sherman, Warden
      c/o Northeast Region Office, Office of Counsel
        U.S. Customs House - 7th Floor
        2nd and Chestnut Street(s)
        Philadelphia, Pennsylvania 19106
          (for Defendant)

date 08-12-2005

                   *G.A. Naranjo* (signature)
          G.A. Naranjo, Plaintiff (Pro Se)
            # 30045 039
            F.C.I. McKean; P.O.Box 8000
            Bradford, Pennsylvania 19106

ORIGINAL

August 12, 2005

Office of Court Clerk
  United States District Court
    For The Western District Of PA.
    17 South Park Row - A280
    Erie, Pennsylvania 16501

                Re: Naranjo v Sherman, Warden
                     District No. 05 - 106 Erie
                     (Civil A)

Attention Clerk of the Court:

    Enclosed please find for filing and time stamping and return back to me (my copys) of the below:

    "Plaintiff's Motion To Supplement
        Plaintiff's Response To
  Magistrate Judge's Report and Recommendation"


    Also enclosed please find Certificate of Service.

Plaintiff's Motion  _1_ original, and _2_ copy(s)
Certificate Of Service _1_ original, and _1_ copy(s)

    Again, my copy of each are also <u>enclosed</u> along with <u>return envelope, postage attached.</u>


                      Thank you,  G.A.N.

                      G.A. Naranjo, Plaintiff
                        # 30045 039
                        F.C.I. McKean, P.O.Box 8000
                        Bradford, PA 16701

GAN/al
fle: 05-08E9825x