IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G.A. NARANJO,<br>    Plaintiff, | )<br>)<br>) |
| Vs. | )    Civil Action No. 05-106 Erie<br>) |
| JAMES SHERMAN, WARDEN,<br>    Defendant. | )<br>) |

**O R D E R**

AND NOW, to with, this 8th day of December, 2005 upon consideration of the Motion for Reconsideration (Doc. No. 7)

IT IS HEREBY ORDERED that this case be re-opened

                                        S/Sean J. McLaughlin
                                        Sean J. McLaughlin
                                        United States District Judge

cc: all parties of record