

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

*241 U.S. Post Office and Courthouse*
*7th Avenue and Grant Street*
*Pittsburgh, PA 15219*

July 12, 2006

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-05-0106 Erie**

Dear Judge Baxter,

On **03/16/06** a letter requesting directions for service was mailed to **G.A. Naranjo, #30045-039 at FCI McKean, P.O. Box 8000, Bradford, Pa. 16701.**

Attached is a/are copy/copies of the letter(s). As of this date directions for service has/have not been received for defendant(s) **Sherman, the U.S. Attorney and the U.S. Attorney General**. Therefore, service has not been attempted on this/these named defendant(s). Please advise this office if further action is taken or needs to be taken.

Sincerely,

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

*[signature: Sheila Blessing]*

By: Sheila Blessing
  Administrative Assistant
  United States Marshals Service
  Western District Of Pennsylvania



*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

March 16, 2006

G. A. Naranjo, #30045-039
FCI McKean
P.O. Box 8000
Bradford, Pa. 16701

Dear Mr./Ms. Naranjo,

Per Court Order dated 03/06/06 for case no. CAE05-0106 you are required to provide the U.S. Marshals Service with directions for service of **each defendant**. Please complete the enclosed U.S.M. 285(s)- **for each of defendant(s) Sherman, the United States Attorney and the United States Attorney General** and return it/them as soon as possible. Please ensure that each form is completed with **proper and correct names and addresses**. Facilities, Companies and/or Individuals will not accept service for an unknown or John or Jane Doe.

If you fail to return the correct and completed enclosed form(s) in the self-addressed envelope we have provided for you, we will be unable to complete service for you.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

By: Sheila Blessing
    Administrative Support Assistant
    United States Marshals Service
    Western District of Pennsylvania

ENCLOSURES