

U.S. Department of Justice

United States Marshals Service

Western District of Pennsylvania

---

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

July 12, 2006

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-05-0106 Erie**

Dear Judge Baxter,

On **03/16/06** a letter requesting payment for service was mailed to **Ronald G. Dandar, #AP-6933 at SCI Cresson, Old Route 22, Box A, Cresson, Pa. 16699-0001.**

Attached is a/are copy/copies of the letter(s). As of this date payment for service has/have not been received for defendant(s) **Good, Attorney General for the Commonwealth of Pa., and the Erie County District Attorney**. Therefore, service has not been attempted on this/these named defendant(s). Please advise this office if further action is taken or needs to be taken.

Sincerely,

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

*Sheila Blessing*

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania



U.S. Department of Justice

United States Marshals Service

Western District of Pennsylvania

---

241 U.S. Post Office/Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

April 18, 2006

Ronald G. Dandar, #AP-6933
SCI Cresson
Old Route 22, Box A
Cresson, Pa. 16699-0001

Dear Mr./Ms. Dandar,

Our office is in receipt of a **Petition and Order** for case No. **CAE06-0046** dated **04/10/06** requiring service on the defendants by certified mail. Prepayment of our fee is required since this is a private case and no In Forma Pauperis Order was approved. If you fail to prepay our fee we will be unable to complete service for you.

Please submit a certified check or money order payable to the U.S. Marshal Service for **$24.00** and return it in the enclosed envelope. **Please include the civil action case number on the check/money order**.

Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

*Sheila Blessing* (signature)

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District of Pennsylvania