

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*

---

*700 Grant Street*
*Suite 241*
*Pittsburgh, PA 15219*

September 1, 2006

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CAE05-0106**

Dear Judge Baxter,

On **07/12/06** a letter was sent to your office informing you that a request for directions for service had been sent to **G.A. Naranjo** but had not been received on the above mentioned case for defendant(s) **Sherman, U.S. Attorney and the U.S. Attorney General** and requesting that this office be advised if further action was taken or needed to be taken.

It has been over 30 days and no indication has been received by this office. We are now closing our files. Please find the documents attached.

Sincerely,

Thomas Fitzgerald
United States Marshal
Western District of Pennsylvania

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania

**RECEIVED**

SEP - 6 2006

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA