IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G.A. NARANJO,           ) | |
|     Plaintiff     ) | |
|     v.           ) | C.A. No. 05-106 Erie |
|                        ) | |
| WARDEN JAMES F. SHERMAN, ) | |
|     Defendant.   ) | |

## **ORDER**

    This prisoner civil rights action was filed with this Court on April 5, 2005. On July 12, 2006, this Court was informed by the U.S. Marshal Service that Plaintiff had not fully cooperated with them in their effort to serve Defendant in this matter.

    AND NOW, this 12th day of October, 2006;

    IT IS HEREBY ORDERED that Plaintiff show cause before October 27, 2006, for his failure to comply with this Court's order for service of this matter. Plaintiff must provide the Marshal Service with the necessary address information and documentation to allow them to serve Defendant. Failure to provide such information to the Marshal Service on or before October 27, 2006, will result in the dismissal of this case for failure to prosecute.

    IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

                                                                S/Susan Paradise Baxter
                                                               SUSAN PARADISE BAXTER
                                                               Chief U.S. Magistrate Judge