January 07 - 2007

Ms. Susan Paradise Baxter
U.S. Magistrate
United States District Court
  Western District / Pennsylvania
17 South Park Row, Room A280
Erie - Pennsylvania  16501

                  Re:   Naranjo  v  Sherman
                         05 - 106 Erie

Honorable Magistrate Baxter:


   Hope this filing finds you in good health and spirits - it was surely a surprise to have heard from you.

   Enclosed please find:

   Plaintiff's  ANSWER -  To Magistrate Judge's

      Report and Recommendation (dated December 06 - 2006)
        and  Certificate of Service - 01/07/2007

Thank you . . .

*G.A. Naranjo* (signature)

G.A. Naranjo - # 30045 039
   c/o  Elkton - F.C.I.
      Scroggs Road
      P.O. Box 10, Lisbon - Ohio  44415


ps.   also enclosed are one copy of each to be times stamped, stamped / entered / docktd. and returned to me in the enclosed envelope.

      As of this writing I could NOT stamp the said return envelope, hope that will be OK !  Yes??

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G.A. NARANJO
   Plaintiff

        -v-

JAMES SHERMAN, WARDEN
   Defendant

Case No.      05 - 106 ERIE
Judge -       McLaughlin
Magistrate -   Baxter

PLAINTIFF'S ANSWER TO

MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

NOW COMES this humble and earnest plaintiff (Mr. Naranjo) and who is also captioned above, who respectfully states, deposes:

A)    JURISDICTION

Said jurisdiction in these matters is believed in the hands of this Honorable Court by reason(s) of: local rules of Court, Federal Rules of Court, Federal Rules of Criminal Procedure, U.S. Code, etc./etc..

B)    PLAINTIFF'S FINANCIAL STATUS

Said financials of this plaintiff has NOT changed from his first District Court filing about April 2005.

C)    PLAINTIFF'S VOLUNTARY CASE DISCLOSURE, COURT RELATIONS

Plaintiff is in "shock and surprise" this very Honorable Court is still filing papers in this case!!

Plaintiff does NOT understand why the Court would do this nor why the Court chose to contact him NOW! Plaintiff tried to make inquiry(s) in 2005 to the clerk who was RUDE!

This Court in effect told Plaintiff to 'go away' . . . in 2005.

    Based on memory alone, this humble earnest Plaintiff filed a "pro se" '. . . Motion For Reconsideration. . . ' which was docketed as received back in late 2005. Said timely filing was not disposed of correctly in the mind of this Plaintiff; ensuingly Plaintiff contacted the Court Clerk who basically said "go away. . . if you want further service and or copies, . . . it will cost you (50¢ + a copy). . . your case has been denied." It did not help that Defendant was NOT timely or cooperative sending Plaintiff's Court requested account financials; Plaintiff on many occassions asked for financial accounting(s) and Court form information he sent Defendant about same, but never any Defendant responses. This Plaintiff of his own volition did send copy(s) of his weekly commissary account statements evidencing account balances hoping to satisfy this Court requirement(s) in lieu of Plaintiff's request(s) for "waiver" (filed earlier) of all costs, fees, expenses, procurements, charges, etc., in filing a civil rights complaint!! This pretty much ends Plaintiff's knowledge of events.

D)    PLAINTIFF'S ANSWERS - TO MAGISTRATE JUDGE'S REPORT / RECOMMENDATION.

    To item 1 (Magistrate's Report. . . ) - Plaintiff says dismissal??
Dismissal to or of what? "Failure to prosecute. . ." says Magistrate, Plaintiff says - NO ! Plaintiff's said ". . . Motion For Reconsideration . . . " was not disposed of correctly and his case was denied prematurely, improperly he respectfully believes . . . This Court turned away this Plaintiff !! However, to the Court's favor (it can be reasonably assumed - IF the Court was trying to make Plaintiff contact and reinstate his improperly dismissed case) should be aware that Plaintiff was discharged from Pennsylvania bureau of prison(s) custody and discharged Plaintiff back to his civilian life in about late November of 2005.
This Plaintiff had NO means to pursue another filing in this Court including any related action upon Defendant as he simply had NO money and was trying to implement a 'back to civilian life' plan . . . Surely, this Court understands??

To item II-   Magistrate's paragraph 1 - no rebuttal.
To paragraph 2 - March 07 - 2006 says the Magistrate,
an ORDER was issued directing Plaintiff to provide . . .
Marshal . . . service for Defendant (Sherman); this
Plaintiff received NO ORDER as this case was deemed
over, finished, dismissed, by prior ORDER of this Court!
Plaintiff and Defendant knows McKean F.C.1. and Warden
Sherman in particular knew where to forward mails to
Plaintiff after his said discharge.   Plaintiff received
NO communications (if in fact there ever was any) after
said dismissal from this Court.   In short, this Plaintiff
was in contact with the Court Clerk stating that he believed
"something was wrong";   but the Clerk only wanted to end
relations with Plaintiff abruptly, among other things,
and stipulate any service(s) would cost this Plaintiff
who earlier filed "waiver(s)" hoping to get all costs,
fees, procurements, expenses, charges, etc./etc., suspended.
February 02nd - 2006 ORDER of this Court (?) was never
known or privy to this Plaintiff.at any time . . .
Paragraph 3 -  and paragraph 4 of Magistrate's . . .
Report and Recommendation (dated December 06 - 2006)
bears NO further comment of this earnest Plaintiff! !
Plaintiff does not simply know what the Court is talking about.

To item III - Conclusion -   This Plaintiff is perplexed how
his dismissed case can be dismissed once again . . .
Plaintiff came back to the federal bureau of prisons juris-
diction, once again - on violation - and on appeal, in
December 2006.   Plaintiff was moved from Pennsylvania to
his present location at Lisbon - Ohio.   Plaintiff sure
has lots of questions of his own to this District Court !!
Plaintiff shall file a motion (if applicable) to "STAY"
pending his new "education" in this District Court's procedure(s).
Thank you . . .    and a good new year !

JANUARY 01-2007
01 / 07 / 2007

G.A. Naranjo, Plaintiff
# 30045 039
Elton F.C.I.; Scroggs Road, P.O.Box 10
Lisbon - Ohio   44415

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G.A. NARANJO ]
]
   Plaintiff ]
] Case No.   05 - 106
]                   ERIE
         -v ] Judge:      McLaughlin
] Magistrate:  Baxter
JAMES SHERMAN, WARDEN ]
] CERTIFICATE OF SERVICE
   Defendant ]

   I, the undersigned below Plaintiff - Mr. G.A. NARANJO
and who is also captioned above states that service of:

PLAINTIFF'S ANSWERS TO MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

WAS MADE BY:

inserting said "Answers" pleading above (copy of) in a
properly addressed and stamped, first class envelope,
and depositing in a U.S. Mails receptacle at the bureau
of prison(s) - federal - facility located at,

Elkton F.C.I.
   Scroggs Road
   P.O. Box 10
   Lisbon - Ohio   44415

on done on the date below, by:

01/07/2007
January 07, 2007   G. A. Naranjo - Defendant
                                  # 30045 039
                                  Elton F.C.I.
                                  P.O. Box 10; Lisbon - Ohio   44415