

RECEIVED

JAN 2 6 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

LEGAL MAIL - SPECIAL MAIL

SUSAN PARADISE BAXTER - U.S. Magistrate Judge
United States District -
Western District Of Pennsylvania
17 South Park Row, Room  A  280
Erie - Pennsylvania  16501

ATTENTION:  Court Clerk's Office

G.A. NARANJO
# 30045 039
Unit   E/A
Elton F.C.I.
Scroggs Road
P.O. Box 10
Lisbon, Ohio  44415