IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G. A. NARANJO
    Plaintiff

                   Case No.           05 - 106 ERIE

    -v-                           (Civil Rights)

                             Judge:            McLaughlin
JAMES SHERMAN - WARDEN           Magistrate:      Baxter
    Defendant

PLAINTIFF'S PRO SE
MOTION TO PRODUCE RECORD(S) AND FOR STAY

---

G.A. Naranjo                    James Sherman - Warden
# 30045 039                    McKean F.C.I.
Elkton - F.C.I.              P.O.Box 8000
Scroggs Road; P.O.Box 10    Bradford, Pennsylvania
Lisbon - Ohio 44415         16201

---

NOW COMES - the Plaintiff Mr. G.A. Naranjo, and captioned above, who duly affirms and deposes and respectfully states the following:

I.    JURISDICTION & PERSONALS

    Jurisdiction for this motion comes by way of: F.R.A.P. or Federal Rules of Appellate Procedure; Federal Rules of Civil Procedure; Local Rules of District Court - Western District of Pennsylvania; etc..
    Plaintiff Mr. Naranjo (hereinafter Plaintiff) states and affirms his financial status has NOT changed from his initial request to "waive and forgo" all fees, costs, procurements, charges, assessments, etc., in and for the filing(s) of this and related action(s). Plaintiff directly affirms his indigence and cannot afford filing(s) fees.

II.    MOTION STATEMENT

    Plaintiff requests that he receive copy(s) of selected court records: docketing, last pertinent filing(s) made by anyone so he may be apprised

Naranjo  v  Sherman
Mtn...Produce...Stay
page 2 of 2

(cont)

and thereafter informed and knowledgeable where his case "is at in the overall court cycle."  Plaintiff merely desires to judiciously and prudently know what to do next and when to do it, and avoid errors / mistakes . . . from ignorance beginning about middle 2005 and his last court contact(s) based on his memory.  Said document(s) request from this Court probably would be restricted to only several request(s), but Petitioner would be wise to see docketing first.  Defendant confiscated and subjected Plaintiff to unreasonable search / seizure activity in 2005 resulting in "lost document(s), etc., and also worthy of mention.

Plaintiff's request for "STAY" is based and has roots in his belief an adjournment would be necessary so Plaintiff / Petitioner may have opportunity to review Court file, as anyone might be expected to do in similar circumstances, and might very well become educated and informed what has happened to a case that was believed prior dismissed in error(s) by the Court in spite of Plaintiff inquiry(s).  SEE - "Plaintiff's . . . Answers . . . Magistrate Judge's Report. . . "  filing this Petitioner   recently made in response to his very Court's pleading he thus received in the matter before us Petitioner / Plaintiff thought and believed was dismissed back in 2005, and done without notice to him of any case reopening and etc..

III.   RELIEF REQUESTED

WHEREEFORE this humble Petitioner / Plaintiff respectfully requests:

[]   granting of  -   1)   production and release of a case docketing history and mailed to   Plaintiff without costs, fees, charges.
   2)   case document(s), records, filings, etc., be produced and released to Plaintiff by mails for his evaluation and done after said docketing receipt;  and done without costs.
   3)   STAY of proceeding of 4 (four) weeks computed from the date the Court mailed requested case documents to Plaintiff.
   4)   Any other relief, etc., the Court deems appropriate. . .

date  JANUARY 29, 2007           G. A. Naranjo
                                 G. A. Naranjo # 30045 039
                                 F.C.I. Elkton;  Scroggs Road
                                 P.O. 10, Lisbon - Ohio  44415

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G. A. NARANJO ] | |
|   Plaintiff ] | Case No.   05 - 106 ERIE |
| ] | |
| -v- ] | Judge:     McLaughlin |
| ] | Magistrate:  Baxter |
| JAMES SHERMAN, WARDEN ] | |
|   Defendant ] | |

CERTIFICATE OF SERVICE

I, the undersigned, duly makes known and states, deposes that service of the below document (s) -

DEFENDANT'S PRO SE
MOTION TO PRODUCE RECORD AND FOR STAY

WAS SERVED BY -

  enclosing the above document(s) in a first class mailing envelope, and attaching proper postage affixed and writing and including proper Plaintiff addressing of record,

AND MAILED -

  and mailing said envelope and contents at the federal facility Elkton F.C.I.; Scroggs Road; Lisbon - Ohio 44415 and done on the date below and by:

date JANUARY 29, 2007

G. A. Naranjo - Plaintiff; # 30045 039
  Elkton F.C.I.; Scroggs Road
  P.O. Box 10; Lisbon - Ohio 44415

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

G.A. NARANJO
    Plaintiff

-v-

JAMES SHERMAN, WARDEN
    Defendant

Case No.    05 - 106 ERIE

Judge:    McLaughlin

Magistrate:    Baxter

ORDER

ON THIS - _____ day of _____ 2007 came the above captioned Plaintiff by way of his pleading MOTION TO PRODUCE RECORDS AND FOR STAY :   and having been apprised of all business related, and upon examining the record,  and having no other business before this Court and being fully advised in all premises :

IT IS HEREBY ORDERED:

[ ]    The Court shall produce and release copy(s) of the record, to include a docketing case history which will be sent immediately to Plaintiff,  to be noted later to the Court Clerk who shall in turn make copy(s) (upon Plaintiff's contact back to the Court)  and send them to Plaintiff for his receipt.

[ ]    NO costs, fees, charges, assessments, expenses shall be made and obligated to the Plaintiff for docketing history and other court pleadings, documents, etc., Plaintiff later requests for copy and return back to him.

[ ]    A "STAY" in all case proceedings shall be commenced starting _____ 2007  and shall be in effect for _____ to allow Plaintiff opportunity to examine the case record.

date _____

_____
Susan Paradise Baxter
United States Magistrate Judge

January  29,  2007

Clerk of  the Court
   United States District Court
   Western District of Pennsylvania
   17 South Park Row, Room  A 280
   Erie - Pennsylvania
   16501

                                RE:   Naranjo  v  Sherman
                                     # 05 - 106 ERIE

Dear Court Clerk:

       Enclosed please find for filing:

"Plaintiff's  Pro Se  Motion To Produce Records And For Stay"

       1 original and __2__ copy(s)

also enclosed please find:

Certificate of Service                and a Court ORDER
     1 original and __2__ copy(s);     1 original and 1 copy.

       Could you please return after entry and time stamping / true copy, one copy of each motion and certificate / service to me in the enclosed stamped envelope.  Thank you.

I remain,

            *[signature]*

G.A. Naranjo, Plaintiff
  # 30045 039
  F.C.I. Elkton;  Scroggs Road
  P.O. Box 10;  Lisbon - Ohio  44415