Original

LETTER TO BE FILED

February 01 . 2007

Clerk of the Court
  United States District Court
  P.O. Box 1820
  Erie. Pennsylvania  16507

FILED
'07 FEB -5 AM 11:16
CLERK
U.S. DISTRICT COURT

Naranjo  v  Sherman
05 - 106 ERIE
(Civil Rights)

Dear Clerk of the Court:

   I received your recent return of my filing "Plaintiff's Answer (Objections) To Magistrate Judge's Report And Recommendation"; thank for entry dated January 26th and received by me yesterday January 31st. I received a memorandum effective July 01 - 2005 purporting 'Pro Se' rules. etc.; however it came to me with a sea and tarnish of felt pen markings and I could NOT dutifully read it. I even tried making a copy for clarity purposes which turned out worse!  Please resend . . .

   YOU previously told me in late 2005 my case was closed (per my . . . Reconsideration - Motion. DENIED) and you wanted me to pay for services thereafter; this was inspite of my telling you something was "very wrong" and you said 'go away'. This as you NOW well know was NOT true; something changed the Court's mind and I would like you to send me a current docketing history to include THIS LETTER and its filing. I will be waiting!

Respectfully submitted. I am.

                                    T. A. NARANJO

G.A. Naranjo. Plaintiff
  # 30045 039; Elkton F.C.I.
  Scroggs Road; P.O. 10
  Lisbon - Ohio  44415

cc:  Defendant - Sherman

*original*

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| G.A. NARANJO | ] | |
| Plaintiff | ] | |
| | ] | Case No.   05 - 106 ERIE |
| -v- | ] | Judge:   McLaughlin |
| | ] | Magistrate:   Baxter |
| JAMES SHERMAN, WARDEN | ] | "CERTIFICATE OF SERVICE" |
| Defendant | ] | |

I, the undersigned, hereby state and affirm service of the below pleading:

' (Plaintiff's) Letter to the Court Clerk, February 01 - 2007'

and noticed and served to:

James Sherman, Warden, and Defendant

and done at his address of record

and was done by:

placing said '. . . Letter. . . ' in a first class mailing envelope, with proper postage and addressing affixed / noted, and depositing said envelope and contents into the U.S. Mails at F.C.I. Elkton, Scroggs Road, P.O. Box 10; Lisbon - Ohio 44415

dated FEBRUARY 01, 2007          G.A. NARANJO
                                 G.A. Naranjo, Plaintiff
                                 #30045 039; F.C.I. Elkton
                                 Scroggs Road, P.O.Box 10
                                 Lisbon - Ohio  44415