IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

G.A. NARANJO
Plaintiff

JAMES F. SHERMAN - WARDEN
Defendant

FILED
'07 APR 18 A11:24
U.S. DISTRICT COURT

CASE - 05-106 ERIE
MAGISTRATE: S.P. BAXTER

## "PLAINTIFF'S MOTION FOR STAY"

NOW COMES - MR. Naranjo, Plaintiff, who respectfully says:

1. He recently, about April 12-2007, received this Court's ORDER APRIL 03-2007 while in protective custody for B.O.P. violation(s) levied against him, to him by other(s) who meant to harm, injure him unconscionably.

2. He currently has no access to legal: equipment; books, etc., records; past pleading(s); past court document(s), past court related communication(s) - etc./etc.; research devices...

3. He request(s) "STAY" as he most likely will not be court available to pursue anything. (Protective custody was not his choice but merely B.O.P. caution.)

4. RELIEF REQUESTED - Granting Plaintiff 6 (six) week "STAY" to about May 31-2007. Thank you...

04-13-2007                G.A. NARANJO - Plaintiff

### Certificate of Service

I, Plaintiff Naranjo, undersigned, served handwritten copy of this pleading on Defendant Sherman at his address of record by enclosing this motion in first class mailing envelope, proper addressing and postage made/affixed, and deposit into U.S. mails at Elkton F.C.I..

date 04-13-2007            G.A. NARANJO,
                            Plaintiff

April 13-2007
(04-13-2007)

Clerk/Court
U.S. District Court
Western P.A. District
Erie, PA 16501

Re: 05-106 Erie
Naranjo v Sherman

Court Clerk:

Was supposed to hear any more case news. Thank you Magistrate Baxter...

Enclosed 1 original & 1 copy to be returned, after entry, of motion & service —

"Plaintiff's Motion for Stay"
(04/13/2007).

Thanks Again

G.A. Naranjo
Plaintiff

Encls. (Copy - St-Envelope Return)