A. NARANJO
D15.037
al Institution Elkton

RECEIVED
APR 1 8 2007
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

YOUNGSTOWN OH 445
16 APR 2007

LEGAL MAIL
SPECIAL MAIL

COURT CLERK
UNITED STATES DISTRICT COURT
WESTERN P.A. DISTRICT
17 SOUTH PARK ROW ⎯ # A280
ERIE, P.A. 16501