UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

G.A. NARANJO
PLAINTIFF

-V-

JAMES SHERMAN
DEFENDANT

CASE # 05-106 ERIE

FILED
'07 MAY 10 PM 02
CLERK US DISTRICT COURT

PLAINTIFF'S NOTICE OF APPEAL PURSUANT TO
L. RULE(S) # 72.1.3 B

NOW COMES PRO SE PLAINTIFF, ABOVE, WHO RESPECTFULLY DESIRES TO BE IN COMPLIANCE WITH L. RULE 72.1.3B AND STATES AS FOLLOWS:

1. THIS APPEAL OF "TEXT ORDER (ELECTRONIC MESSAGE)" DATED 04/26/2007, WAS RECEIVED MAY 04TH UPON A FORWARDED COURT MAIL(S) ORIGINALLY SENT TO MCKEAN F.C.I. (BRADFORD-P.A.-16701) AND RESENT TO ELKTON F.C.I. (LISBON-OHIO) (????)!

2. THIS HONORABLE COURT PRIOR SENT COURT MAIL(S), OR ITS **ORDER** OF APRIL 03-2007, TO PLAINTIFF AT SAID ELKTON IN LISBON-OHIO 44432 (P.O. BOX 10), THE PLACE OF PLAINTIFF'S CURRENT PAROLE CONFINEMENT(?)!!

3. PLAINTIFF, PER # 1, RECEIVED DENIAL OF MOTION TO STAY BUT IS CURRENTLY IN PROTECTIVE/ADMINISTRATIVE CUSTODY AND WANTS TO CONTINUE, BUT CANNOT, HIS ERIE CASE ACTION. APPEAL IS NOT FOR DELAY OR OTHER(S). PLAINTIFF HAS NO COURT ACCESS, NO REDRESS AT CURRENT TIME; HE APPRECIATES ALL CONSIDERATION(S).
THANKS.

05/07/2007          G.A. NARANJO

CERTIFICATE OF SERVICE

PLAINTIFF, BELOW, SERVED HANDWRITTEN PLEADING COPY ON DEFENDANT, AT HIS ADDRESS OF RECORD, BY DEPOSIT IN THE U.S. MAILS.

05/07/2007          G.A. NARANJO
                    PLAINTIFF
                    ELKTON F.C.I.
                    SCROGGS ROAD
                    P.O. BOX 10
                    LISBON-OHIO
                    44432

05/07/2007

Court Clerk
U.S. District Court
Erie, PA 16501

Re: Naranjo
v.
Sherman
#05-106 Erie

Thanks in advance of your help! Enclosed please file Appeal (L. Rule #72.1.3 B) 1 original & Cert. of Service.
Return after entry my copy also enclosed (stamped envelope).

I am,

G. A. Naranjo
Plaintiff