YOUNGSTOWN OH 445

08 MAY 2007 PM 1 L

NAME: S.A. NARANJO
REG.# 30045-034
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, 44432

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF P.A.
17 So, PARK ROW, # A·280
ERIE, P.A. 16501

16501 + 1183    C021

ATTN:
COURT
"CLERK"
(SEND COURT RULES)

**RECEIVED**

MAY 1 0 2007

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA