IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


G.A. NARANJO,                              )
            Plaintiff,                )
                              )
      vs.                                       )          Civil Action No. 05-106 ERIE
                              )
WARDEN, JAMES F. SHERMAN,    )
            Defendants,             )
                              )


## ORDER

AND NOW this 18th day of May, 2007, upon consideration of the Plaintiff's

Appeal of the Magistrate Judge's Order Denying Motion to Stay (Document No. 23)

        IT IS HEREBY ORDERED that said appeal the DENIED, however, Plaintiff shall

sign and file the notice and authorization required by Magistrate Judges's Order dated

April 3, 2007 on or before May 29, 2007, or suffer dismissal of this case for failure to prosecute.



                                          S/Sean J. McLaughlin
                                        Sean J. McLaughlin
                                        United States District Judge


cc: counsel/parties of record   NK