IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| G.A. NARANJO, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 05-106 Erie |
| ) | |
| WARDEN JAMES F. SHERMAN, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

AND NOW, *to wit*, this 8th day of June, 2008, this Court having previously entered an order dated May 18, 2007 [24] which directed Plaintiff to sign and file a Notice and Authorization form on or before May 29, 2007 or suffer dismissal of this case for failure to prosecute, and Plaintiff having failed to comply with the terms of said order,

IT IS ORDERED that the within action be and hereby is DISMISSED for Plaintiff's failure to prosecute.

    s/ SEAN J. McLAUGHLIN

    Sean J. McLaughlin
    United States District Judge

cc:    all parties of record
       U.S. Magistrate Judge Baxter