In the United States District Court
For Western District of Pennsylvania

G. A. Naranjo
Plaintiff

-v-

James Sherman, Warden
Defendant

# 05-106 Erie

Plaintiff's Instanter Pro Se Motion
To Produce Release Court Records

Now comes Plaintiff, captioned above, who states and respectfully requests:

I. Brief Motion Past History

1. Plaintiff (or "P") has been an unlawful ward of Elkton F.C.I. Administrative Protective Housing on almost consistent ocassion(s) from April 06-2007. He has incurred phone, court access and mails services constitutional impropriety issues, among others here in Lisbon, Ohio.

2. P's last court remittances were for reconsideration and stay request(s). No court orders or info. requested of court, to include "Court Rules", has been received. Docket requests also included, have not been receipted. The court is duly being petitioned to remit court records. Thanks!

3. COURT CLERK HAS BEEN HISTORICALLY APATHETIC. PAST MAILS OF THE COURT HAVE BEEN SENT TO PENNSYLVANIA WHICH HAS NOT BEEN PLAINTIFF'S ADDRESS FOR ALMOST 2 YEARS. MAGISTRATE BAXTER HAS SENT MAIL(S) TO PLAINTIFF HERE IN LISBON - OHIO! (??)

II. MOTION RESTATEMENT - RELIEF REQUESTED

THIS PLAINTIFF OR "P" RESPECTFULLY REQUESTS:

a. COPY OF LOCAL RULES OF DISTRICT COURT.

b. COPY OF ANY COURT INFORMATION, ORDERS, ETC., SENT TO THIS "P" SINCE MAY 2007.

c. COPY OF DOCKETING HISTORY.

d. RECEIPT AND OR FILING INFORMATION OF "P" REMITTANCES TO COURT ABOUT APRIL 26-2007 (ACCOUNT DEDUCTIONS WITH STIPULATIONS), TO INCLUDE FILING CONFIRMATION(S).

III. ADDITIONAL COMMENTS

4. PLAINTIFF OFFERS REGRET(S) THAT MAILS -RELIANCE(S) ISSUES HAVE FOLLOWED HIM HERE TO F.C.I. ELKTON, LISBON-OHIO.

5. IS PLAINTIFF A HARASSMENT VICTIM? Hmm mm.

6. PLAINTIFF CANNOT BE EXPECTED TO LITIGATE FROM HARDSHIPS AND MEMORY ALONE.

THANK YOU!

DATED July 12, 2007       G.A. NABANJO
07-12-2007                                   PLANTIFF
                                             #30045-039
                                             F.C.I. ELKTON; Scroggs Rd.
                                             P.O. Box 10; Lisbon-Ohio
                                             44432

― CERTIFICATE OF SERVICE ―

I, UNDERSIGNED, AFFIRMS SERVICE OF THIS PLEADING TO DEFENDANT AT HIS ADDRESS OF RECORD WAS DONE BY FIRSTCLASS MAILS BY DEPOSIT INTO MAILS DROP AT ELKTON, LISBON-OHIO 44432.

DATED July 12, 2007       G.A. NABANJO
                                             PLANTIFF - #30045-039
                                             F.C.I ELKTON; Scroggs Rd.
                                             P.O. Box 10; Lisbon-Ohio
                                             44432

July 12-2007

Court Clerk
United States
District Court
For Western District
of Pennsylvania

Re: Naranjo v. Sherman
# 05-106 Erie

Court Clerk:

Enclosed for filing/action are/is
"Plaintiff's Instanter Pro-Se Motion
To Produce/Release Court Records"

1 original and Plaintiff's copy to be stamped
entered & RETURNED via
enclosed/stamped envelope

Thanks...

G.A. Naranjo, Plaintiff
#30045.039
F.C.I Elkton; Scroggs Road
P.O. Box 10; Lisbon - OH 44432