NAME G. A. NABAKJO
REG.# 30045-039
Federal Correctional Institution Elkton
P.O. BOX 10
Lisbon, OH 44432

YOUNGSTOWN OH 445
27 JUL 2007 PM 2 T

COURT CLERK'S OFFICE
UNITED STATES FEDERAL
DISTRICT COURT
17 SOUTH PARK ROW
ERIE-PA. (PENNSYLVANIA)
ZIP - ?